Randall K. Rathbun #09765
Depew Gillen Rathbun & McInteer LC
8301 E. 21st Street, Suite 450
Wichita, KS   67206-2936
Telephone:  (316) 262-4000
randy@depewgillen.com

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| SONIA E. HERNANDEZ )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TRAVIS COMBS, individually and as former Dean )<br>of Industrial Technology & Continuing Edu- )<br>cation of Seward County Community College )<br>and SEWARD COUNTY COMMUNITY )<br>COLLEGE. )<br>)<br>Defendant. )<br>_____ ) | Case No.: |

## COMPLAINT

COMES NOW the plaintiff, and for her cause of action against the defendants, alleges and states:

## THE PARTIES

1. The plaintiff is a resident of Seward County, Kansas, and is domiciled therein.

2. The defendant Travis Combs was at all times relevant to this matter the Dean of Industrial Technology and Continuing Education for Seward County Community College.  He may be served with process at the United States

Department of Education, Office of Career, Technical and Adult Education, Innovation and Improvement Branch, 400 Maryland SW, Washington, DC 20202-7100.  This action is brought against Combs in his individual capacity and as former Dean of Industrial Engineering & Continuing Education of Seward County Community College.

3. Seward County Community College ("SCCC") is a Kansas community college located in Liberal Kansas.  It is a public community college established and existing under the laws of the State of Kansas and is a "person" within the meaning of 42 U.S.C. § 1983.

## JURISDICTION AND VENUE

4. This action arises under the laws of the United States and presents a federal question within this Court's jurisdiction.  It is brought pursuant to 28 USC §§1331, 1343 and 42 U.S.C. §1983, et seq.

5. Venue is proper in this Court under 28 U.S.C. §1391(b) because a substantial part of the events and omissions giving rise to the claim occurred in this judicial district.

## BASIS OF THE CLAIM

6. Ms. Hernandez served as Transition Coordinator for Adult Basic Education for SCCC from June, 2015 until she was fired on March 27, 2019.  She

reported to Dean Combs, who was formerly the Dean of Industrial Technology and Continuing Education for SCCC.

7. Combs's praise of the job that Ms. Hernandez did as transition coordinator was effusive. Several months before he fired her he wrote on his facebook page that:

> Over the past few years I have really had my eyes opened to so many things.  Things I used to see in black and white I now see in color because of her.  Her ability to be selfless is admirable.  She spends all day everyday working to add value to life and serve her community.  I know I can always count on her to be there for me when I need help pulling off projects within the community. Sonia Hernandez, thank you for being an amazing friend, but most of all my fly.

8. Combs, besides being Dean at SCCC, wanted to be a politician.  In the fall of 2017, he was one of 13 different candidates for city commissioner for the City of Liberal.  He was unsuccessful in his efforts.

9. Sometime in early 2019, Combs learned that Ms. Hernandez did not support him in his unsuccessful election.  On the evening of February 18, 2019 he came to Ms. Hernandez's office at about 8 p.m. under the guise of asking some work related questions.  After several minutes his tone and tenor changed and he began to question her about whether she had supported him in his electoral efforts.

10. Hernandez attempted to avoid the questions since they had nothing to do with her employment.  Combs eventually began yelling at her and his face

became red with anger. She eventually admitted that she did not support him and that she had in fact recommended to members of her family to vote for others. He kept her in her office that evening until 11 p.m.

11. Hernandez repeatedly assured Combs that her failure to support him in his run for elective office had nothing to do with her ability to give him her very best efforts on the job. Although Combs repeatedly told her that he had no issues or problems with the work that she did, Ms. Hernandez knew from his anger that she would soon be unemployed. It happened even sooner than she expected.

12. The next month, the plaintiff was called to HR and terminated. The reasons were totally pretextual and phonied up. Ms. Hernandez was not surprised that Combs had come up with the pretextual reasons to discharge her; however, she was surprised that SCCC would allow her termination without even investigating the spurious allegations Combs made.

13. For reasons unknown to Ms. Hernandez, Combs has concluded that her refusal to endorse and campaign for him cost him the election.

14. The defendant SCCC totally failed in its responsibilities to guarantee that Ms. Hernandez's rights were protected. On March 27, 2019, the SCCC HR department met with Ms. Hernandez and fired her on the spot despite of her stellar work history. The "SCCC Administration" allegedly concluded that the severity of her actions allowed no time line for performance improvement and required immediate termination.

15. The defendants' conduct violated the plaintiff's freedom of association and freedom of speech rights under the First Amendment to the United States Constitution.

16. The defendants' conduct has resulted in substantial damages to Ms. Hernandez including lost wages, emotional suffering, and impairment of her reputation. Combs's conduct was motivated by evil and as such, the plaintiff is entitled to an award of punitive damages against him.

WHEREFORE the plaintiff respectfully prays for a judgment in excess of $75,000, plus her costs, attorney fees, and any further relief this Court would deem just or equitable.

        Respectfully submitted,

        DEPEW GILLEN RATHBUN & MCINTEER LC


        s/Randall K. Rathbun
        Randall K. Rathbun #09765
        8301 E. 21st Street N., Suite 450
        Wichita, KS 67206-2936
        Tel: (316) 262-4000
        Email: Randy@depewgillen.com
        *Attorneys for Plaintiff*

## DESIGNATION OF PLACE OF TRIAL

COMES NOW the plaintiff and designates Wichita, Kansas, as the place of the trial of this action.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC


s/Randall K. Rathbun
Randall K. Rathbun #09765
*Attorneys for Plaintiff*


## REQUEST FOR JURY TRIAL

COMES NOW the plaintiff and respectfully requests a trial by jury with regard to the above-captioned action.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC


s/Randall K. Rathbun
Randall K. Rathbun, #09765
*Attorneys for Plaintiff*